**Peter VEECK, doing business as RegionalWeb, Plaintiff–Counter Defendant–Appellant,**

v.

**SOUTHERN BUILDING CODE CONGRESS INTERNATIONAL INC., Defendant–Counter Claimant–Appellee.**

No. 99–40632.

United States Court of Appeals, Fifth Circuit.

Sept. 27, 2001.

Eric P. Weisberg, Weisberg Law Office, Denison, TX, for Veeck.

Robert J. Veal, Burr & Forman, Kenneth M. Bush, Veal & Associates, Birmingham, AL, for Southern Building Code Congress Intern. Inc.

Michael Lowenberg, Patrick F. McGowan, Akin, Gump, Strauss, Hauer & Feld, Dallas, TX, for American Medical Ass'n, American Nat. Standards Institute (ANSI), American Society of Ass'n Executives (ASAE), American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE), American Society of Mechanical Engineers (ASME), National Fire Protection Ass'n (NFPA), Texas Municipal League and Underwriters Laboratories Inc. (UL) Amici Curiae.

Malla Pollack, DeKalb, IL, pro se.

Karen Bryant Tripp, Houston, TX, Andrew Schlafly, New York City, for Association of American Physicians & Surgeons, Inc. and Eagle Forum Educ. and Legal Defense Fund, Amici Curiae.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.